EDWARD R. SCHWARTZ, CA Bar No. 147553
CHRISTIE, PARKER & HALE, LLP
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone: (626) 795-9900
Facsimile: (626) 577-8800
e-mail: Edward.schwartz@cph.com

Attorneys for Plaintiff,
Bragel International, Inc.

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
MAY 23 2005
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

ENTERED
CLERK, U.S. DISTRICT COURT
MAY 24 2005
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRAGEL INTERNATIONAL, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> THE TOPSYTAIL COMPANY and TOMIMA L. EDMARK, <br><br> Defendants. | Case No. CV05-1361-R (JWJx) <br><br> **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a)(1), Fed. R. Civ. P., Plaintiff Bragel International, Inc., by its attorneys, dismisses the above-identified action without prejudice.

Respectfully submitted,

CHRISTIE, PARKER & HALE, LLP

DATED: May 20, 2005

By _____
Edward R. Schwartz
Attorneys for Plaintiff,
Bragel International, Inc.

BLV PAS624455.1-*-05/19/05 4:12 PM

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d)

-1-